No. 91–781. UNITED STATES v. A PARCEL OF LAND, BUILD-INGS, APPURTENANCES, AND IMPROVEMENTS, KNOWN AS 92 BUENA VISTA AVENUE, RUMSON, NEW JERSEY, ET AL. C. A. 3d Cir. [Certiorari granted, 503 U. S. 905.] Motion of Federal Home Loan Mortgage Corporation for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.

No. 91–1030. WITHROW v. WILLIAMS. C. A. 6th Cir. [Certiorari granted, 503 U. S. 983.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–1393. LOCKHART, DIRECTOR, ARKANSAS DEPART-MENT OF CORRECTION v. FRETWELL. C. A. 8th Cir. [Certiorari granted, 504 U. S. 908.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–1420. GROWE, SECRETARY OF STATE OF MINNESOTA, ET AL. v. EMISON ET AL. D. C. Minn. [Probable jurisdiction noted, 503 U. S. 958.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–7873. FEX v. MICHIGAN. Sup. Ct. Mich. [Certiorari granted, 504 U. S. 908.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–1513. UNITED STATES DEPARTMENT OF THE TREAS-URY ET AL. v. FABE, SUPERINTENDENT OF INSURANCE OF OHIO. C. A. 6th Cir. [Certiorari granted, 504 U. S. 907.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 91–1538. SMITH v. UNITED STATES. C. A. 9th Cir. [Certiorari granted, 504 U. S. 984.] Motion of petitioner to dispense with printing the joint appendix granted.